IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

CRIMINAL NO. 19-1965(SCC)

SEALED,
Defendant.

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through its undersigned attorneys and respectfully states and prays as follows:

1. The United States of America respectfully requests that the search warrant application and related documents be kept secret and sealed until further order from this court.

WHEREFORE, the Government respectfully requests the instant motion be granted.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 3rd day of September, 2019.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

**Camille García-Jiménez** –G02602
Special Assistant United States Attorney
U.S. Attorney's Office
Torre Chardón, Suite 1201
# 350 Carlos Chardón Ave.
Hato Rey, PR 00918
Tel.: (787) 766-5656
Email: camille.garcia@usdoj.gov