# In The United States District Court
## for the District of Puerto Rico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>             v.<br><br>EDGARDO C. SÁNCHEZ SOSA<br>    Defendant. | Criminal no. 19-647 (RAM) |

**Motion Requesting Temporary Modification to Conditions of Release**

**To the Honorable Court:**

Comes now the defendant, Mr. Sánchez Sosa, and respectfully states and prays as follows:

1. Mr. Sánchez Sosa was ordered release pending trial on October 8, 2019, and placed under the supervision and conditions set by the United States Probation Office.

2. Mr. Sánchez Sosa is residing outside of the metropolitan area, but was granted permission to retrieve some personal items to live in the new location.

3. Nevertheless, Mr. Sosa has decided to put the residence in the metropolitan area for sale or rental, and hence, requires access to it so that he may remove all of the items therein.

4. Mr. Sánchez Sosa estimates that he would need access to the property from 8:00 am to 7:00 pm, on four consecutive dates.

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion and allow Mr. Sánchez Sosa to remove all of the residence belongings as necessary.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21th day of October 2019.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com