| UNITED STATES OF AMERICA<br>  Plaintiff,<br><br>v.<br><br>EDGARDO SANCHEZ SOSA<br>  Defendant. | Criminal no. 19-647 (RAM) |
|---|---|

**MOTION REQUESTING MODIFICATION OF RELEASE CONDITIONS**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Sanchez Sosa, and respectfully states and prays as follows:

1.      Mr. Sanchez Sosa is currently on bond pending the resolution of his criminal matter.

2.      This Court has granted his previous requests for modifications to the release conditions for various reasons.

3.      Mr. Sanchez Sosa has secured an appointment to sign-up for the state medical insurance (Reforma), and needs to obtain various certificates from different agencies in the metropolitan area.

4.      He also needs to finalize his move from his metropolitan area home and requires some additional time to visit his home.

**WHEREFORE,** it is respectfully requested that this Honorable Court authorize Mr. Sanchez Sosa to accomplish these tasks this Friday November 8, 2019, and therefore authorize that he accomplish these tasks from 8:00 am – 7:00 pm.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of November 2019.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and will be available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office, or the public.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com