# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>EDGARDO SANCHEZ SOSA<br>    Defendant. | Criminal no. 19-647 (RAM) |

### MOTION REQUESTING MODIFICATION OF RELEASE CONDITIONS

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Sanchez Sosa, and respectfully states and prays as follows:

1.      Mr. Sanchez Sosa is currently on bond pending the resolution of his criminal matter.

2.      This Court previous granted his prior requests for modifications to the release conditions for the purpose of removing items from his metropolitan home.

3.      Mr. Sanchez Sosa still needs to remove many items within the property, clean-up and fix the normal wear and tear of the home, and then explore the possibility of renting the house.

**WHEREFORE,** it is respectfully requested that this Honorable Court authorize Mr. Sanchez Sosa to accomplish these tasks starting on Friday, November 22 until Sunday, November 24, 2019, and therefore authorize that his daily schedule is modified accordingly, from 8:00 a.m. – 7:00 p.m.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of November 2019.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and will be available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office, or the public.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy

P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
Dalcala@defensorialegal.com