| | |
|---|---|
| UNITED STATES OF AMERICA<br>   Plaintiff,<br><br>             v.<br><br>EDGARDO SANCHEZ SOSA(1)<br>   Defendant. | Criminal no. 19-647 (RAM) |

**MOTION REQUESTING MODIFICATION OF RELEASE CONDITIONS**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Sanchez Sosa, and respectfully states and prays as follows:

1.     Mr. Sanchez Sosa is currently on bond pending the resolution of his criminal matter.

2.     This Court has granted his previous requests for modifications to the release conditions for various reasons.

3.     Mr. Sanchez Sosa is requesting authorization to travel to San Juan on Saturday December 7, 2019, to be present at an appointment to secure his children's passports.

4.     Additionally, he is requesting that on that same day, Saturday December 7, 2019, he is also provided authorization to travel to Villa Carolina to perform electrical work in a client's property that has contracted his service.

5.     Finally, Mr. Sanchez Sosa is requesting authorization to continue to finalize his move from his metropolitan area home and requires that he be allowed to continue working on this task on Sunday, December 8, 2019.

**WHEREFORE,** it is respectfully requested that this Honorable Court authorize Mr. Sanchez Sosa to accomplish these tasks this Saturday December 7, 2019, and Sunday December 8, 2019, that he accomplishes these tasks from 8:00 am – 7:00 pm.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of December 2019.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and will be available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office, or the public.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com