IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　Plaintiff,<br>　　　v.<br><br>EDGARDO SANCHEZ SOSA (1)<br>　Defendant. | Criminal no. 19-647 (RAM) |

**MOTION REQUESTING MODIFICATION OF RELEASE CONDITIONS**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Sanchez Sosa, and respectfully states and prays as follows:

1. Mr. Sanchez Sosa is currently on bond pending the resolution of his criminal matter.

2. This Court has granted his previous requests for modifications to the release conditions for various reasons.

3. Mr. Sanchez Sosa is requesting authorization to travel to the metropolitan area on Saturday December 22, 2019, to move his belongings from his metropolitan area home.

**WHEREFORE,** it is respectfully requested that this Honorable Court authorize Mr. Sanchez Sosa to accomplish these tasks on Sunday December 22, 2019, that he accomplishes these tasks from 8:00 am – 7:00 pm.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19rd day of December 2019.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and will be available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office, or the public.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
P.O. Box 12247

San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com