# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>           v.<br><br>EDGARDO C. SÁNCHEZ SOSA<br>    Defendant. | Criminal no. 19-647 (RAM) |

### MOTION TO JOIN CO-DEFENDANT'S MOTIONS TO EXTEND DEADLINES

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Sánchez Sosa, and respectfully states and prays as follows:

1. Counsels for co-defendants Mr. Benitez-Carrasquillo (2) and Ms. Ortiz Martinez (3) have filed motions requesting an extension of time to file any and all dispositive motions. (See Docket Entries 73 & 74).

2. The undersigned joins those requests for similar reasons stated therein.

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion and continue all deadlines.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of January 2020.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com