# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　Plaintiff,<br><br>　　　　　v.<br><br>EDGARDO SANCHEZ SOSA (1)<br>　Defendant. | Criminal no. 19-647 (RAM) |

**INFORMATIVE MOTION REGARDING CASE STATUS**

**TO THE HONORABLE COURT:**

Comes now the defendants, represented by the undersigned attorneys and respectfully states and prays as follows:

1. The Court issued an order on November 11, 2020, to the defendants to file an informative motion regarding the case status. (See Docket Entry #116)

2. Counsels have been in communication with AUSA García-Jiménez to coordinate delivery of all outstanding discovery. Additional time is necessary to conclude the discovery analysis and plea negotiations.

3. The parties do not object that the tolling of the Speedy Trial Act until the next status conference in the interest of justice.

**WHEREFORE,** it is respectfully requested that this Honorable Court take note if the current informative motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of December 2020.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and will be available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office, or the public.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
*Counsel for Edgardo Sánchez Sosa*
P.O. Box 12247
San Juan, PR 00914
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com


*s/ Isabel A. Mattina-Leal*
Isabel A. Mattina-Leal
*Counsel for Gellitza Ortiz-Martinez*
*241 F.D. Roosevelt Ave.*
San Juan, PR 00918-2441
Tel.: (787) 281-4922
Fax: (787) 281-4899
USDC-PR No. 306805
Isabel_mattine@fd.org

*s/ Antonio L. Bisbal-Bulton*
Antonio L. Bisbal-Bulton
*Counsel for Guelvin Benitez-Carrasquillo*
Bisbal & Matos Estudio Legal
P.O. Box 9023851
San Juan, PR 00902-3851
Tel.: (787) 531-4416
USDC-PR No. 214913
Bmlegalpr@gmail.com