**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

     **vs.**

              **CASE NO: 3:19-cr-00647-001 (RAM)**

**EDGARDO C. SANCHEZ-SOSA
Defendant**

* * * * * * * * * * * * * * * *

**JOINT MOTION IN RESPONSE TO COURT ORDER**

TO THE HONORABLE RAUL M. ARIAS-MARXUACH
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

  **COMES NOW, FRANKLIN CASTILLO-FERNANDEZ, U.S. PROBATION OFFICER of this Court,** providing the following information:

1. On December 8, 2020, Mr. Sanchez-Sosa, through counsel, filed a motion requesting permission to reside on weekends at his sister-in-law`s residence, in order to spend more time with his children.

2. The defendant`s sister-in-law and the mother of his children were both questioned as to this request and they confirmed being aware of the request and having no concerns with the same.

3. The undersigned has no objections to this request since Mr. Sanchez-Sosa has complied with the conditions stablished by the Court and our office has received no information that would lead us to believe this request could affect Mr. Sanchez-Sosa's supervision in a negative manner. The request was discussed with AUSA Camille Garcia and she expressed no objections.

3. Therefore, the U.S. Probation Office has objections to Mr. Sanchez-Sosa's request.

  **WHEREFORE,** I declare under a penalty of perjury that the foregoing is true and correct and submit the above information for the Court's consideration.

  In San Juan, Puerto Rico, this 15th day of December of 2020.

Respectfully submitted,

LUIS ENCARNACION-CANALES, CHIEF
U.S. PROBATION OFFICER

*s/Franklin Castillo-Fernandez*
Franklin Castillo-Fernandez
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 255
San Juan, PR 00918
Tel. No. (787) 766-5596
Fax No. (787) 766-5945
Franklin_castillo@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, this 15th day of December of 2020.

*s/Franklin Castillo-Fernandez*
Franklin Castillo-Fernandez
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 255
San Juan, PR 00918
Tel. No. (787) 766-5596
Fax No. (787) 766-5945
Franklin_castillo@prp.uscourts.gov