# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA     *
      Plaintiff           *

                            *

vs.                          *       CRIMINAL NO. 19-CR-647 (RAM)

                            *

   EDGARDO SANCHEZ -SOSA       *
Defendant                    *

========================================

       The undersigned defendant   EDGARDO SANCHEZ -SOSA  , hereby affirms that she/he has been advised of the charges in Indictment 19-CR-647 (RAM), that counsel has forwarded to him/her a copy of said Indictment, and after being duly advised of his/her rights to be present at arraignment, waives said right and respectfully enters PLEA OF NOT GUILTY to the charges levied against him/her, pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure.


DEFENDANT'S SIGNATURE

_1 / 10 / 2021_
DATE

_Diego H. Alcalá Laboy_
ATTORNEY'S SIGNATURE

PO BOX 12247
SAN JUAN, PR 00914


ADDRESS


300504
BAR NUMBER