# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   Plaintiff,<br><br>            v.<br><br>EDGARDO SANCHEZ SOSA (1)<br>   Defendant. | Criminal no. 19-647 (RAM) |

### MOTION FOR CONTINUE CHANGE OF PLEA AND AUTHORIZATION TO TRAVEL
### TO THE HONORABLE COURT:

Comes now the defendant, Mr. Sánchez Sosa, and respectfully states and prays as follows:

1) Mr. Sanchez Sosa's Change of Plea Hearing is scheduled for Friday, December 13. 2021. (See Docket Entry #199)

2) The undersign needs additional time to review the plea agreement documentation, and discuss it with our client.

3) Unfortunately, Mr. Sánchez Sosa is not currently residing in the metropolitan area. His current address was informed earlier fillings. (See Docket Entry #19)

4) Hence, authorization is requested to allow the undersigned to travel to Mr. Sánchez Sosa's residence to discuss the particulars of the plea agreement and to secure all of the required signatures prior to the Change of Plea hearing.

**WHEREFORE**, Mr. Mr. Sánchez Sosa respectfully requests that this motion is granted and that the Court continues the scheduled change of plea hearing for the week of January 10, 2022, and authorize the request to travel.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 15th day of December 2021.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com
